## Chenault v. Yates, et al.

(Decided October 11, 1912.)

### Appeal from Hardin Circuit Court.

Appeal—Where Appellant Dies Before Submission—Revivor.—Where the appellant dies after the appeal is taken and before submission, the appeal should be revived, and a subsequent submission without revivor will on motion of appellee be set aside.

JAMES MONTGOMERY for appellant.

R. L. STITH, L. A. FAUREST for appellee.

OPINION OF THE COURT BY CHIEF JUSTICE HOBSON—
Sustaining motion to set aside submission.

The appellant, T. J. Chenault, having died in July, 1912, before submission, the proceeding then abated and the subsequent submission without revivor on September 20, 1912, was irregular and must on motion of appellees be set aside. Deppe v. Immohr's, 119 Ky.; 421, and cases cited. A different rule applies on the death of a party after submission for the judgment then relates back to the date of submission. What effect the proceedings had herein may have on appellees' right to rely on matter of abatement after the revivor is had is a question not now presented.

Motion sustained.